**Dismissal and Opinion Filed July 3, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00719-CV**

**JOSEPH E. HILLIS, Appellant**
**V.**
**U.S. BANK, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-01409-D**

**MEMORANDUM OPINION**

Before Chief Justice Wright and Justices FitzGerald and Justice Lewis
Opinion by Justice FitzGerald

Appellant's brief in this case is overdue. By postcard dated November 21, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

120719F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSEPH E. HILLIS, Appellant

No. 05-12-00719-CV          V.

U.S. BANK, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-01409-D.
Opinion delivered by Justice FitzGerald.
Chief Justice Wright and  Justice Lewis
participating.


     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellee U.S. BANK recover its costs of this appeal from appellant
JOSEPH E. HILLIS.


Judgment entered July 3, 2013


      /Kerry P. FitzGerald/

      KERRY P. FITZGERALD
      JUSTICE